| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**DILWORTH PAXSON LLP**<br>Scott J. Freedman<br>457 Haddonfield Road, Suite 700<br>Cherry Hill, New Jersey 08002<br>Telephone: (856) 675-1962<br>Facsimile:  (856) 663-8855<br><br>*Counsel to Daniel E. Straffi, Chapter 7 Trustee*<br><br>In re:<br><br>    STERLING HOLDINGS,<br><br>        Debtor.<br><br>DANIEL E. STRAFFI, CHAPTER 7 TRUSTEE<br><br>        Plaintiff,<br><br> v.<br><br>ZUEGNER & BYRNE, CPA, STATE OF NEW JERSEY – DIVISION OF TAXATION, DR. LAWRENCE WISSNER, MILTON LEVINE, ESTELLE PASCO REVOCABLE TRUST, HOWARD PASCOE, FRAN ORZECH, ANDREW LEICHTER, DR. STEVEN GREENSTEIN, PATRICIA GREENSTEIN, GREENSTEIN, SCHEER & SKLAR EMPLOYMENT RETIREMENT PLAN, JEROME STERN, NAOMI STERN, DJM INVESTMENTS, LLC, DR. MAX SCHEER, BENNY SCHEER, BRIAN BARBICHE, RITA SKLAR, CJJM ASSOCIATES, SKIN OF OUR TEETH REALTY, CLARICE WEINIGER, MARGARET BRESEL FRAGA, PHYLLIS M. KEIL, MYLES J. SACHS, THE ALFRED J. LUCIANI LLC, ROCHELLE CANARICK, HELEN SCHNEID FLAMME, ESTATE OF SOL KAROW, JAMES MOUNTAIN, JANE MOUNTAIN, REVOCABLE LIVING TRUST, JANN SLAPIN, WILLIAM SLAPIN, WILLIAN VOGT, STANLEY FISHMAN, ESQUIRE, HAROLD OSMAN, ALLEN B. PEARL, ESQUIRE, DR. ALAN CHARLOTTE LOIS SEMET 2012 TRUST, BERNICE TELTSER REVOCABLE TRUST, MLG, LLC, DON SHULMAN, GLICKSTEIN TRUST, ENCANTA PRODUCTIONS CORP., STEVEN MOLLER, JOE E. STRAUSS, CAROLYN STRAUSS, MAURICE SZRAJBER, REGI SZRAJBER, JOANIE BENZAQUEN, SONIA GITLO, ROBERT SCHNEIDER, PHYLL SCHNEIDER, HELEN | Chapter 7<br><br>Case No. 16-34610 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Adv. Pro. No. 19-_____ (KCF) |

| |
|---|
| SARID, HAIM SARID, FRAN ORZECH, BEN A. SCHNEIDERMAN REVOCABLE LIVING TRUST, SUSAN H. L'HEFUREUX, CLAUDE M. PENCHINA REVOCABLE TRUST, TRUSTEE, STEVEN W. WEINBERG, NORMAN WEINBERG, FFC PROPERTIES, MIAMI VALLEY EMERGENCY C/O DR. NORMAN SCHNEIDERMAN, TRUSTEE, MARK SCHNEIDERMAN, MARK SCHNEIDERMAN PROFIT SHARE TRUST, SUSAN ORZECH, RACHEL, D. SCHNEIDERMAN TRUST, HARRIS SCHNEIDERMAN, ROSS SCHNEIDERMAN, JEFF WENZEL, LYNN WENZEL LIVING TRUST, GIZELLA SCHNEIDERMAN, JOLIE RUTH ZEGER, JAMES SWAIN, AIMEE SWAIN, THOMAS V. MCCARTHY, ZEGER CORPORATION PENSION TRUST, KARSEG, LLC, MATOMI-STERLING LLC, CLM ASSOCIATES, LLC, FREDERICK S.K. LING, MARILYN N. LING, CAROLYN J. LING, STONE INVESTORS, LLC, THE MERSKY TRUST, THE GEORGE SCHNEIDER MARITAL TRUST, ESTATE OF LOUSI A. SCHWARTZ, AND ESTATE OF HERMAN ZIEGLER, <br><br>                                  Defendants. |

## COMPLAINT

Daniel E. Straffi, the Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Sterling Holdings (the "**Debtor**"), hereby alleges and states as follows:

## INTRODUCTION

1. This is an action seeking to, *inter alia*, determine the allowance of claims against Sterling Holdings and to determine the liability of the general partners of Sterling Holdings pursuant to section 723 of title 11 of the United States Code (the "**Bankruptcy Code**").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. To the extent this is not a core proceeding, the Trustee consents to this Court entering final orders in the matter.

3. The statutory predicates for the relief requested herein are sections 105(a), 502, 506, 541 and 723 of the Bankruptcy Code and Rules 1007(g), 3001, 3002, 3007 and 7001 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

## PARTIES

4. The Debtor is a New Jersey general partnership comprised of approximately 78 general partners (collectively, the "**General Partners**") formed on or about October 1, 1986.

5. The Trustee is the duly appointed Chapter 7 trustee for the Estate.

6. Defendant Zuegner & Byrne, CPA ("**Z&B**") is a public accounting firm that has an address of 28 Spring Street, Flemington, NJ 08822 and, upon information and belief, is a creditor of the Estate.

7. Defendant The State of New Jersey - Division of Taxation is a state governmental entity that has an address of P.O. Box 455 Trenton, NJ 08695 and, upon information and belief, is a creditor of the Estate.

8. The General Partners are comprised of the following entities and individuals:

(a) Defendant Dr. Lawrence Wissner is an individual with an address of 6 Fawn Drive, Flemington, NJ 08822.

(b) Defendant Milton Levine is an individual with an address of 6491 Royal Manor Circle, Delray Beach, FL 33484-2411.

(c) Defendant the Estelle Pasco Revocable Trust is a trust with an address of c/o Stuart Rosenblum, 4400 Route 9 South, Freehold, NJ 07728.

(d) Defendant Howard Pascoe is an individual with an address of 8335 Shadow Pine Way, Sarasota, FL 34238.

(e) Defendant Fran Orzech and Jerry Marcus are individuals with an address of 304 Highland Avenue, Upper Montclair, NJ 07043.

(f) Defendant Steven Orzech and Andrew Leichter are individuals with an address of 79 Lawrence Drive, Short Hills, NJ 07078.

(g) Defendant Dr. Steven Greenstein and Patricia Greenstein are individuals

with an address of 891 Ivy Hill Road, Woodmere, NY.

(h) Defendant Greenstein, Scheer & Sklar Employment Retirement Plan is an entity with an address of 15 Irving Place, Woodmere, NY 11598.

(i) Defendant Jerome Stern and Naomi Stern are individuals with an address of 44 Dexter Drive North, Baskin Ridge, NJ 07920-1541.

(j) Defendant DJM Investments, LLC is a New Jersey limited liability company with an address of c/o Iris B. McFadden 20 Dogwood Drive, Flemington, NJ 08822-2708.

(k) Defendant Dr. Max Scheer is an individual with an address of 16 Andover Lane, Woodmere, NY 11598.

(l) Defendant Benny Scheer is an individual with an address of 129 Thatcher's Hill Road, Flemington, NJ 0882.

(m) Defendant Brian Barbiche is an individual with an address of 38 Kingwood Stockton Road, Stockton, NJ 08559.

(n) Defendant Rita Sklar is an individual with an address of 5500 NW 69th Avenue, Apartment #153, Lauderhill, FL 33319.

(o) Defendant CJJM Associates is an entity with an address of c/o Cary Reimer, 2 Overlook Court, Lambertville, NJ 08530.

(p) Defendant Skin of Our Teeth Realty is an individual or entity with an address of 120 Main Street, Flemington, NJ 08822.

(q) Defendant Clarice Weiniger is an individual with an address of 17 Meadow Lakes, Apartment 3U, East Windsor, NJ 08520.

(r) Defendant Margaret Bresel Fraga is an individual with an address of Rua Alm, Pereira Guimaraes, #17, Apt. Leblon, Rio deJaneiro, Brazil.

(s) Defendant Phyllis M. Keil is an individual with an address of 5 Highland Place, West Orange, NJ 07052.

(t) Defendant Myles J. Sachs is an individual with an address of 1611 Cold Spring Road, Apartment 328, Williamstown, MA 01267.

(u) Defendant The Alfred J. Luciani LLC is a New Jersey limited liability company that was formed on or about May 6, 1995 and has an address of 201 West Seaview Avenue, Linwood, NJ 08221-1551.

(v) Defendant Rochelle Canarick is an individual with an address of 31 The Grasslands, Woodbury, NY 11797.

      (w)    Defendant Helen Schneid Flamme is an individual with an address of c/o Mark Schneiderman, 38 Timberwick Drive, Flemington, NJ 08822.

      (x)    Defendant The Estate of Sol Karow is an estate with an address of c/o Marcia Karrow, 61 Elmwood Avenue, Flemington, NJ 08822 and the executrix for which is Marcia Karrow.

      (y)    Defendant James Mountain and Jane Mountain are individuals with an address of 19203 SW 98th Lane, Dunnellon, FL 34432.

      (z)    Defendant the Revocable Living Trust is a trust with an address of c/o Elsa Schwarz, 7546 La Paz Boulevard #106, Boca Raton, Fl 33433.

      (aa)    Defendant Jann Slapin is an individual with an address of 18 Prospect Avenue, Baskin Ridge, NJ 07920.

      (bb)    Defendant William Slapin is an individual with an address of 6000 Island Boulevard, Suite 1102, Aventura, FL 33160.

      (cc)    Defendant William Vogt is an individual with an address of 375 Lincoln Boulevard, Middlesex, NJ 08846.

      (dd)    Defendant Stanley Fishman is an individual with an address of 8 Longeran Lane, West Orange, NJ 07052.

      (ee)    Defendant Harold Osman is an individual with an address of 2223 Westchester Way, The Villages, FL 32162.

      (ff)    Defendant Allen B. Pearl is an individual with an address of P.O. Box 472, Livingston, NJ 07039.

      (gg)    Defendant Dr. Allan Charlotte Lois Semet 2012 Trust is a trust with an address of 403 Osprey Point Drive, Brielle, NJ 08730 and the trustee for which is Elliot Semet.

      (hh)    Defendant Bernice Teltser Revocable Trust is a trust with an address of 16299 Mirasol Way, Delray Beach, FL 33446-2368.

      (ii)    Defendant MLG, LLC is a New Jersey limited liability company that was formed on August 24, 2006 and has an address of Attn: Martin L. Greenberg, 64 O'Connor Circle, West Orange, NJ 07052-2160.

      (jj)    Defendant Don Shuman is an individual with an address of 2 Dayton Road, Flemington, NJ 08822.

      (kk)    Defendant Glickstein Trust is a trust with an address of 7546 La Paz Boulevard, Apartment #108, Boca Raton, FL 33433.

      (ll)    Defendant Encanta Productions Corp. is a Florida corporation with an

120923300_2      5

address of Attn: Raphael Goldberg, 6803 SW 194th Avenue, Ft. Lauderdale, FL 33332.

(mm) Defendant Steven Moller is an individual with an address of 110-50 71st Road, Forest Hills, NY 11375.

(nn) Defendant Joe E. Strauss is an individual with an address of 75 Rustic Trail, Flemington, NJ 08822.

(oo) Defendant Carolyn Strauss is an individual with an address of 75 Rustic Trail, Flemington, NJ 08822.

(pp) Defendant Maurice Szrajber and Regi Szrajber are individuals with an address of 17011 North Bay Road, Apartment 701, Sunny Isles Beach, FL 33160.

(qq) Defendant Joanie Benzaquen is an individual with an address of c/o Maurice Szrajber, 17011 North Bay Road, Apartment 701, Sunny Isles Beach, FL 33160.

(rr) Defendant Sonia Gitlo is an individual with an address of c/o Maurice Szrajber 17011 North Bay Road, Apartment 701, Sunny Isles Beach, FL 33160.

(ss) Defendant Robert Schneider and Phyll Schneider are individuals with an address of 923 Sherwood Road, Bridgewater, NJ 08807.

(tt) Defendant Helen Sarid and Haim Sarid are individuals with an address of c/o Ben Schneiderman, 7710 Woodmont Avenue, Bethesda, MD 20814.

(uu) Defendant Fran Orzech is an individual with an address of 304 Highland Avenue, Upper Montclair, NJ 07043.

(vv) Defendant Ben A. Schneiderman Revocable Living Trust is a trust with an address of 7710 Woodmont Avenue, Bethesda, MD 20814.

(ww) Defendant Susan H. L'Hefureux is an individual with an address of 1250 S. Washington Street, #516, Alexandria, VA 22314.

(xx) Defendant Claude M. Penchina Revocable Trust is a trust with an address of c/o Dr. Claude Penchina, 22 Mount Pleasant, Amherst, MA 01002-1511 and the trustee for which is Dr. Claude Penchina.

(yy) Defendant Steven W. Weinberg is an individual with an address of 2238 Newark Avenue, Scotch Plains, NJ 07076.

(zz) Defendant Norman Weinberg is an individual with an address of 18 Marion Lane, Scotch Plains, NJ 07076.

(aaa) Defendant FFC Properties is an entity that was formed on May 1, 1996 and has an address of Attn: Sid Benjamin, 8 Spring Street, Flemington, NJ 08822.

(bbb) Defendant Miami Valley Emergency is a trust with an address of c/o Dr.

Norman Schneiderman, Trustee, 313 West 6th Avenue, Columbus, OH 43201 and for which the trustee is Dr. Norman Schneiderman.

(ccc)  Defendant Mark Schneiderman is an individual with an address of 38 Timberwick Drive, Flemington, NJ 08822.

(ddd)  Defendant Mark Schneiderman Profit Share Trust is a trust with an address of c/o M&J Schneiderman, Trustees, 38 Timberwick Drive, Flemington, NJ 08822.

(eee)  Defendant Susan Orzech is an individual with an address of 79 Lawrence Drive, Short Hills, NJ 07078.

(fff)  Defendant Rachel Rosner is an individual with an address of c/o Paul Schneiderman, 41 Bonetown Road, Flemington, NJ 08822.

(ggg)  Defendant D Schneiderman Trust is a trust with an address of 137 No. Larchmont Boulevard, Los Angeles, CA 90004.

(hhh)  Defendant Harris Schneiderman is an individual with an address of c/o Dr. Norman Schneiderman 313 West 6th Avenue, Columbus, OH 43201.

(iii)  Defendant Ross Schneiderman is an individual with an address of c/o Dr. Norman Schneiderman 313 West 6th Avenue, Columbus, OH 43201.

(jjj)  Defendant Jeff and Lynn Wenzel Living Trust is a trust with an address of 268 Scotia Pines Circle, Grass Valley, CA 95945.

(kkk)  Defendant Gizella Schneiderman is an individual with an address of Creekside at the Village, 2200 Welcome Place, Suite 516, Columbus, OH 43209.

(lll)  Defendant Jolie Ruth Zeger is an individual with an address of 89 Popponessett Island Road, Mashpee, MA 02649.

(mmm) Defendant James Swain and Aimee Swain are individuals with an address of 3 Tulip Drive, Flemington, NJ 08822.

(nnn)  Defendant Thomas V. McCarthy is an individual with an address of 16209 Zagros Way, Austin, TX 78738-4017.

(ooo)  Defendant Zeger Corporation Pension Trust is a trust with an address of Box 1979, Mashpee, MA 02649.

(ppp)  Defendant Karseg, LLC is a Florida limited liability company with an address of c/o John Little, 450 Sandhill Street, Marco Island, FL 34145-2448.

(qqq) Defendant Matomi-Sterling LLC is a New Jersey limited liability company that was formed on January 23, 1998 and has an address of 242 Summit Avenue, Hackensack, NJ 07601.

(rrr) Defendant CLM Associates, LLC is a New York limited liability company that was formed on July 18, 1995 and has an address of c/o Joel J. Cohen, Esquire, 115 Central Park West, Apartment 12F, New York, NY 10023-4198.

(sss) Defendant Frederick S. K. Ling is an individual with an address of 28 Merryhill Lane, Pittsford, NY 14534.

(ttt) Defendant Marilyn N. Ling is an individual with an address of 8 Ambergate Rise, Pittsford, NY 14534.

(uuu) Defendant Carolyn J. Ling is an individual with an address of 38 Delancy Court, Pittsford, NY 14534.

(vvv) Defendant Stone Investors, LLC is a New Jersey limited liability company that was formed on November 6, 2009 and has an address of c/o Charles R. Cohen, Esquire, Park 80 Plaza West – One, Saddle Brook, NJ 07663.

(www) Defendant The Mersky Trust is a trust with an address of c/o Joan Schneiderman Trustee, 38 Timberwick Drive, Flemington, NJ 08822 and for which the trustee is Joan Schneiderman.

(xxx) Defendant The George Schneider Marital Trust is a trust with an address of 5508 Greystone Street, Chevy Chase, MD 20815-5534.

(yyy) Defendant Estate of Lousi A. Schwartz is an estate with an address of c/o Catherine Arminio, 3114 Schevene Boulevard, Flagstaff, AZ 86004-3845 and for which the executrix is Catherine Arminio.

(zzz) Defendant Estate of Herman Ziegler is an estate with an address of c/o Scott Zeigler, 425 East 58th Street, Apartment 10H, New York, NY 10022 and for which the executrix is Scott Ziegler.

**GENERAL ALLEGATIONS**

9. On December 30, 2016 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in this Court.

10. On March 8, 2017, the Court authorized the retention of Straffi and Straffi, LLC as the Trustee's counsel. [D.I. 11].

11. On March 20, 2017, the Court authorized the retention of Bederson LLP as the Trustee's accountants. [D.I. 14].

12. On August 4, 2017, the Court authorized the retention of Dilworth Paxson as the Trustee's counsel effective as of July 27, 2017. [D.I. 18].

13. In connection with their respective representations of the Trustee, these professionals have earned fees and incurred expenses of approximately $100,000 in the aggregate to date.

14. As per the Debtor's schedules of assets and liabilities (the "**Schedules**") and confirmed by the Trustee through an independent investigation, the Debtor, as of the Petition Date: (i) owned a 50% limited partnership interest in FBS Partners, LP (the "**FBS Interest**"), the value of which was "unknown," and no other material assets; and (ii) owed a disputed liability of $9 million to $12 million liability (the "**Fisher Claim**") to Fisher Brothers Financial and Development Company LLC and certain other entities controlled by Robert C. Beyer (collectively, the "**Fisher Parties**").

15. On December 2, 2017, a Notice of Assets and Deadline to File Proof of Claim was docketed setting February 27, 2018 (the "**Bar Date**") as the deadline to file proofs of claim against the Estate. [D.I. 21.]

16. On January 23, 2018, Z&B filed a general, unsecured proof of claim in the amount of $82,954.73 (the "**Z&B Claim**") against the Estate for unpaid prepetition fees and accrued interest with respect to prepetition accounting services provided to the Debtor in the amount of $58,580.00 and $24,374.73, respectively.

17. On March 9, 2018, the NJ DOT filed a proof of claim in the amount of $595,227.81 (the "**DOT Claim**") against the Estate for unpaid prepetition (i) partnership annual filing fees and non-withheld gross income taxes owed by non-resident General Partners in the combined amount of $319,538.64, and (ii) accrued penalties and interest of $275,689.17. The

NJ DOT Claim as asserted is comprised of a secured claim in the amount of $502,472.01 by a lien on the Debtor's real estate and motor vehicles (the "**Alleged Secured Claim**"), an unsecured priority claim in the amount of $35,678.03 pursuant to section 507(a)(8) of the Bankruptcy Code and a general unsecured claim for the balance.

18. On May 16, 2019, the Court entered an order (the "**Sale Order**") authorizing the Trustee to, *inter alia*, transfer, sell and assign the FBS Interest to the Fisher Parties free and clear of all liens, claims, interests and encumbrances, including any purported lien held by the NJ DOT, for a cash payment of $150,000 (the "**Settlement Payment**") and a waiver of the Fisher Claim.

19. The Settlement Payment represents the only source to satisfy the Estate's claims and other obligations.

20. After exhausting the Settlement Payment and all other known Estate assets, the Trustee estimates that the Estate will be unable to satisfy allowed claims against the Estate in the net approximate amount of $700,000 (the "**Deficiency**"). The Deficiency is comprised of the Z&B Claim, the NJ DOT Claim, the Trustee's commissions and the allowed fees and disbursements of the Trustee's professionals accruing to date and in the future.

## COUNT I
### ALLOWANCE AND RECLASSIFICATION OF CLAIMS
### (11 U.S.C. §§ 502 and 506(a))

21. The Trustee repeats and incorporates each of the preceding allegations as if fully set forth herein.

22. Based on his own independent review and investigation, the Trustee submits the Z&B Claim should allowed as a general unsecured claim against the Estate in the amount of $82,954.73.

23. With respect to the DOT Claim, the Trustee submits that neither the Debtor nor the Estate owns or otherwise holds an interest in any real property, vehicles and/or other assets against which a lien would attach, and, pursuant to the Sale Order, the FBS Interest was sold free and clear of any and all liens, claims, interests and encumbrances.

24. Based on the foregoing and pursuant to section 506(a) of the Bankruptcy Code, the Alleged Secured Claim should be disallowed and reclassified as a general unsecured claim.

25. Accordingly, the DOT Claim should be bifurcated and allowed as: (i) a general unsecured claim in the amount of $559,549.78; and (ii) an unsecured priority claim in the amount of $35,678.03.

**WHEREFORE**, the Trustee requests the entry of a judgment allowing the Z&B Claim and the DOT Claim in the priority and amounts as proposed above, and awarding such other relief as deemed equitable and just.

## COUNT II
### LIABILITY FOR CLAIMS OF GENERAL PARTNERSHIP
### (11 U.S.C. § 723(a); N.J.S.A. §§ 42:1A-1 *et seq*.)

26. The Trustee repeats and incorporates each of the preceding allegations as if fully set forth herein.

27. After exhausting all knows assets, the Estate will be unable to satisfy the Deficiency.

28. The General Partners are each general partners of the Debtor, and joint and severally liable for the Deficiency pursuant to section 723 of the Bankruptcy Code and applicable New Jersey law including the Uniform Partnership Act codified at N.J.S.A. §§ 42:1A-1, *et seq*.

29. As the Deficiency is comprised of claims and administrative expenses the Estate the allowance and amounts of which are currently unknown, the Trustee reserves the right to request that the Court increase the amount of the Deficiency or provide for an equitable distribution of any surplus collected, as the case may be.

**WHEREFORE**, the Trustee requests the entry of a judgment against each of the General Partners, jointly and severally, in an amount not less than $700,000, representing the deficiency of the Estate's property to pay all allowed claims and expenses against the Estate in full, and awarding such other relief deemed equitable and just.

### COUNT III
### ENJOINING TRANSFER OF ASSETS
### (11 U.S.C. § 105(a); Fed. R. Bankr. P. § 1007(g))

30. The Trustee repeats and incorporates each of the preceding allegations as if fully set forth herein.

31. Pursuant to Bankruptcy Rule 1007(g), the Court is empowered with the right to require each partner in a general partnership to file a personal statement of assets and liabilities.

32. Given the size of the Deficiency and the number of General Partners, each of the General Partners should be directed to file a personal statement of assets and liabilities akin to the Schedules of Assets and Liabilities filed by individuals and entities filing for relief under the Bankruptcy Code.

33. Pursuant to section 105(a) of the Bankruptcy Coded, the Court also has the authority to enjoin each of the General Partners from transferring their assets pending resolution of this action and satisfaction of the Deficiency.

34. Because certain of the General Partners have advised the Trustee of their unwillingness nd/or inability to satisfy the Deficiency and/or refrain from transferring assets,

cause exists to enjoin each of the General Partners from transferring assets outside the ordinary course of their affairs until such time as the Deficiency has been fully satisfied.

**WHEREFORE**, the Trustee seeks the entry of a judgment (i) compelling each of the General Partners to file a verified personal statement of assets and liabilities as if each were an individual or entity filing for relief under the Bankruptcy Code within thirty (30) days, (ii) enjoining each of the General Partners from transferring assets outside the ordinary course without the Trustee's prior written approval, and (iii) awarding such further relief deemed equitable and just.

Dated: June 19, 2019          **DILWORTH PAXSON LLP**

         By: /s/ Scott J. Freedman
             Scott J. Freedman
             457 Haddonfield Road, Suite 700
             Cherry Hill, New Jersey 08002
             Telephone: (856) 675-1962
             Facsimile: (856) 663-8855

*Attorneys for Daniel E. Straffi, Chapter 7 Trustee*